UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-6-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | )<br>) **ORDER**<br>) |
| **GREGORY GENTER,**<br>**RICHARD BRASSER,** | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER** is before the Court on Defendants' consent motion for a scheduling order (Doc. No. 50) in the trial of this matter currently set for the March 4, 2024, term. Having considered Defendants' motion and reviewed the pleadings, the Court enters the following Order:

**ORDER**

**IT IS ORDERED** that Defendants' consent motion for a scheduling order (Doc. No. 50) is **GRANTED**. **IT IS FURTHER ORDERED** that the following **SCHEDULING ORDER** be entered:

1. Pretrial motions, excluding any motions in limine, shall be due by **February 5, 2024**. Responses shall be due no later than fourteen (14) days after the filing of the motion, and replies shall be filed no later than seven (7) days after any response.

2. Motions in limine shall be filed no later than **February 19, 2024**.

1

3. Trial briefs, witness lists, proposed exhibit lists, proposed <u>voir dire</u>, and proposed jury instructions shall be submitted to the opposing party and the Court no later than **February 26, 2024**.

Signed: January 17, 2024

*[Signature]*

Max O. Cogburn Jr.
United States District Judge