UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-6-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Vs. | |
| **GREGORY GENTER,** **RICHARD BRASSER,** | **ORDER** |
| Defendants. | |

**THIS MATTER** is before the Court on the Government's Motion in Limine to Admit Certain Bank and Business Records. (#53). Defendants do not oppose the motion.

Having considered the motion and reviewed the pleadings, the Court **GRANTS** the motion.

Signed: March 4, 2024

Max O. Cogburn Jr.
United States District Judge