UNITED STATES DISTRICT COURT FOR THE
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **VERDICT FORM** |
| (1)   RICHARD BRASSER | ) | |
| (2)   GREGORY GENTNER | ) | |

1. As to Count One of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

    __X__ **GUILTY**          _____ **NOT GUILTY.**

2. As to Count One of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

    __X__ **GUILTY**          _____ **NOT GUILTY.**

3. As to Count Two of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

    __X__ **GUILTY**          _____ **NOT GUILTY.**

4. As to Count Two of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

    __X__ **GUILTY**          _____ **NOT GUILTY.**

5. As to Count Three of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

    __X__ **GUILTY**          _____ **NOT GUILTY.**

6. As to Count Three of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

__X__ GUILTY        _____ NOT GUILTY.

7. As to Count Four of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

__X__ GUILTY        _____ NOT GUILTY.

8. As to Count Four of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

__X__ GUILTY        _____ NOT GUILTY.

9. As to Count Five of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

__X__ GUILTY        _____ NOT GUILTY.

10. As to Count Five of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

__X__ GUILTY        _____ NOT GUILTY.

11. As to Count Six of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

_____ GUILTY        __X__ NOT GUILTY.

12. As to Count Seven of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

_____ GUILTY        __X__ NOT GUILTY.

13. As to Count Eight of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

_____ GUILTY        __X__ NOT GUILTY.

14. As to Count Nine of the Bill of Indictment, we find the defendant **GREGORY GENTNER**

_____ GUILTY     ✗ _____ NOT GUILTY.

15. As to Count Ten of the Bill of Indictment, we find the defendant **RICHARD BRASSER**

_____ GUILTY     ✗ _____ NOT GUILTY.

SO SAY WE ALL, THIS 12th DAY OF MARCH , 2024.



3/12/24